BRITISH AMERICA, The (CHURCHILL v.). See Case No. 2,715.

BRITISH AMERICAN ASSUR. CO. (FONDA v.). See Case No. 4,904.

BRITISH & N. A. ROYAL MAIL STEAM-PACKET CO. (CARUANA v.). See Case No. 2,484.

---

## Case No. 1,896.

BRITISH CONSUL v. The FAVORITE et al.

[The case reported under above title in Bee, 39, is published as a note to Case No. 15,331.]